THE STATE OF OHIO, APPELLEE, *v.* JONES, APPELLANT.

[Cite as *State v. Jones,* 100 Ohio St.3d 170, 2003-Ohio-5278.]

(No. 2003–0790—Submitted September 24, 2003—Decided October 22, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Klein v. Leis,* 99 Ohio St.3d 537, 2003-Ohio-4779, 795 N.E.2d 633.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and O'DONNELL, JJ., concur.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

LUNDBERG STRATTON, J., dissenting.

{¶ 2} I respectfully dissent for the reasons expressed in Justice O'Connor's dissent in *Klein v. Leis,* 99 Ohio St.3d 537, 2003-Ohio-4779, 795 N.E.2d 633.

O'CONNOR, J., concurs in the foregoing dissenting opinion.

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Richard S. Kasay, Assistant Prosecuting Attorney, for appellee.

Nicholas Swyrydenko, for appellant.